IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| ANDREWS INDUSTRIAL CONTROLS, INC., | ) ) ) |
| Plaintiff, | ) ) Case No. 2:22-cv-00193-NR |
| v. | ) ) Judge J. Nicholas Ranjan |
| YOKOGAWA CORPORATION OF AMERICA, | ) ) ) ) |
| Defendant. | ) |

**PROPOSED ORDER GRANTING
JOINT MOTION TO COMPEL ARBITRATION
AND STAY LITIGATION PENDING ARBITRATION**

AND NOW, this __18th__ day of February, 2022, upon consideration of Plaintiff Andrews Industrial Controls, Inc. (AIC) and Defendant Yokogawa Corporation of America (YCA)'s Joint Motion to Compel Arbitration and to Stay Litigation Pending Arbitration (the "Motion"); it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that AIC shall file a Demand for Arbitration with the American Arbitration Association ("AAA") within seven (7) days of the date of this Order.

**IT IS FURTHER ORDERED** that the above-captioned matter is stayed until a Final Award is issued by the arbitration panel, or until the panel determines that certain claims are not within the scope of the Parties' Arbitration Agreement, whichever is earlier.

**IT IS FURTHER ORDERED** that the parties shall jointly provide a status report to the Court within sixty (60) days of the date of this Order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case CLOSED. This is without prejudice to either party filing a motion to re-open this case.

                                              */s/*  J. Nicholas Ranjan
                                                J. Nicholas Ranjan
                                                United States District Judge